UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 21-13564 |
| MCGILL, STEVEN | Chapter: 7 |
| MCGILL, KAREN | Judge: KCF |

## NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>July 13, 2021</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. <u>2</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at:   172 GARDEN DRIVE, SOUTH PLAINFIELD, NJ
The debtor(s) purchased the property in 1997 for $148,000. The property is valued at $324,000 based upon an Appraisal and $383,512 based on Zillow.

Liens on property:

QUICKEN LOANS - $240,759

Amount of equity claimed as exempt:

$50,300

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Steven McGill  
Karen McGill  
    Debtors

Case No. 21-13564-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 11, 2021      Form ID: pdf905      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven McGill, Karen McGill, 172 Garden Drive, South Plainfield, NJ 07080-2953 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519197872 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519197873 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519197874 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519197881 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 519197882 | + | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 519197883 | + | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519197884 | + | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 519197888 | + | Mazda Amer Cr, Pob 542000, Omaha, NE 68154-8000 |
| 519197890 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519197898 | | Td Bank N.a., Td Bank Usbc, Greenville, SC 29607 |
| 519197900 | | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519197901 | + | Wells Fargo Dealer Svc, Po Box 71092, Charlotte, NC 28272-1092 |
| 519197902 | + | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 519197903 | + | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2021 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519197871 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 11 2021 21:01:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519197876 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:06:02 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519197875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:39 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519197877 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 519197878 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519197879 | + | Email/Text: mrdiscen@discover.com | Jun 11 2021 21:02:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: pdf905 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519197880 | + | Email/Text: DSLBKYPRO@discover.com | Jun 11 2021 21:04:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |
| 519197885 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2021 21:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519197886 |   | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 11 2021 22:04:22 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519197887 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 11 2021 21:02:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519197889 | + | Email/Text: bankruptcy@wofco.com | Jun 11 2021 21:01:00 | Mmca/c1, Po Box 91614, Mobile, AL 36691-1614 |
| 519197891 | + | Email/Text: bknotifications@provident.com | Jun 11 2021 21:05:00 | Provident Funding Asso, 1235 N. Dutton Ave. Suite E, Santa Rosa, CA 95401-4666 |
| 519197892 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 11 2021 21:04:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519197893 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2021 22:04:47 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519197894 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:20 | Syncb/amer, Po Box 965005, Orlando, FL 32896-5005 |
| 519197895 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:20 | Syncb/ccsumt, C/o Po Box 965068, Orlando, FL 32896-0001 |
| 519197896 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:20 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 519197897 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:05:43 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 519197899 | + | Email/PDF: DellBKNotifications@resurgent.com | Jun 11 2021 22:04:39 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519198966 |   | Andrew McGilll |
| 519198965 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 11, 2021 | Form ID: pdf905 | Total Noticed: 37 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Karina Pia Lucid | on behalf of Debtor Steven McGill klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Karen McGill klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7