UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:   :   Case no.: _____21-13564_____
         :
Steven McGill    :   Chapter: _____7_____
Karen McGill     :
         :   Judge: _____Ferguson_____
         :
         Debtor(s)   :
_____ :

# CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒   Abandonment

☐   Public Sale

☐   Private Sale

☐   Settlement of Controversy

☐   Auctioneer Compensation

Description of Property (if applicable):
172 GARDEN DRIVE, S. PLAINFIELD, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 7/7/2021                By: Gary A. Nau

*rev.2/10/17*