**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven McGill | Social Security number or ITIN   xxx–xx–9967 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Karen McGill | Social Security number or ITIN   xxx–xx–2599 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–13564–KCF

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven McGill                              Karen McGill

7/30/21                                    **By the court:**   Kathryn C. Ferguson
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Steven McGill  
Karen McGill  
    Debtors

Case No. 21-13564-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 30, 2021      Form ID: 318      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven McGill, Karen McGill, 172 Garden Drive, South Plainfield, NJ 07080-2953 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 519197881 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 519197882 | + | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197-0001 |
| 519197890 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519197898 | | Td Bank N.a., Td Bank Usbc, Greenville, SC 29607 |
| 519197901 | + | Wells Fargo Dealer Svc, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | Jul 31 2021 00:28:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 30 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 30 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519197871 | + | EDI: GMACFS.COM | Jul 31 2021 00:28:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519197872 | + | EDI: AMEREXPR.COM | Jul 31 2021 00:28:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519197873 | | EDI: BANKAMER.COM | Jul 31 2021 00:28:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519197874 | + | EDI: TSYS2.COM | Jul 31 2021 00:28:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519197876 | + | EDI: CITICORP.COM | Jul 31 2021 00:28:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519197875 | + | EDI: CITICORP.COM | Jul 31 2021 00:28:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519197877 | + | EDI: WFNNB.COM | Jul 31 2021 00:28:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 519197878 | + | EDI: WFNNB.COM | Jul 31 2021 00:28:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519197879 | + | EDI: DISCOVER.COM | Jul 31 2021 00:28:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |

Case 21-13564-KCF    Doc 16    Filed 08/01/21    Entered 08/02/21 00:14:53    Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: 318 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519197880 | + | EDI: DISCOVERSL.COM | Jul 31 2021 00:28:00 | Discover Student Loans, Pob 30948, Salt Lake City, UT 84130-0948 |
| 519197883 | + | EDI: FORD.COM | Jul 31 2021 00:28:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519197884 | + | EDI: HFC.COM | Jul 31 2021 00:28:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 519197885 | | EDI: IRS.COM | Jul 31 2021 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519197886 | | EDI: JPMORGANCHASE | Jul 31 2021 00:28:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519197887 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 30 2021 20:27:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519197888 | + | EDI: FORD.COM | Jul 31 2021 00:28:00 | Mazda Amer Cr, Pob 542000, Omaha, NE 68154-8000 |
| 519197889 | + | Email/Text: bankruptcy@wofco.com | Jul 30 2021 20:27:00 | Mmca/c1, Po Box 91614, Mobile, AL 36691-1614 |
| 519197891 | + | EDI: PFAL | Jul 31 2021 00:28:00 | Provident Funding Asso, 1235 N. Dutton Ave. Suite E, Santa Rosa, CA 95401-4666 |
| 519197892 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 30 2021 20:27:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519197893 | + | EDI: CITICORP.COM | Jul 31 2021 00:28:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519197894 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/amer, Po Box 965005, Orlando, FL 32896-5005 |
| 519197895 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/ccsumt, C/o Po Box 965068, Orlando, FL 32896-0001 |
| 519197896 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 519197897 | + | EDI: RMSC.COM | Jul 31 2021 00:28:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 519197899 | + | Email/PDF: DellBKNotifications@resurgent.com | Jul 30 2021 20:40:26 | Webbank/dfs, Po Box 81607, Austin, TX 78708-1607 |
| 519197900 | | EDI: WFFC.COM | Jul 31 2021 00:28:00 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519197902 | + | EDI: WFFC.COM | Jul 31 2021 00:28:00 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 519197903 | + | EDI: WFFC.COM | Jul 31 2021 00:28:00 | Wf Efs, Po Box 5185, Sioux Falls, SD 57117-5185 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519198966 | | Andrew McGilll |
| aty | *+ | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| 519198965 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jul 30, 2021 Form ID: 318 Total Noticed: 38

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC. servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Karina Pia Lucid | on behalf of Debtor Steven McGill klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Karen McGill klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans LLC rsolarz@kmllawgroup.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8